613 A.2d 1204

**Dennis M. NOWACINSKI and Judy A. Nowacinski, his wife, individually, and as guardians and parents on behalf of Christopher Nowacinski, a minor, Appellants,**

**v.**

**SAINT VINCENT HEALTH CENTER (Appellee at No. 45) and William H. Steinbrink, M.D. (Appellee at No. 46).**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Oct. 14, 1992.

Joseph A. Yochim, Yochim, Skiba, Moore & Nash, Erie, for appellants.

John M. Quinn, Jr., Quinn, Gent, Buseck & Leemhuis, Inc., Kenneth W. Wargo, Erie, for appellee at No. 45.

Irvin O. Murphy, Craig R.F. Murphey, McDonald, Illig, Jones & Britton, Erie, for appellee at No. 46.

J. Grant McCabe, Rawle & Henderson, Philadelphia, for amicus curiae, Pennsylvania Defense Institute.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court affirmed. *See Quinn v. City of Pittsburgh*, 243 Pa. 521, 90 A. 353 (1914).

LARSEN, J., dissents.